1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  BLAKE D. STAMM (CTBN 301887)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7063
7     Fax: (415) 436-7234
8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0704 MHP |
| Plaintiff, ) | |
| v. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JORGE SEGURA-HERNANDEZ, ) | |
| Defendant. ) | |

To the Honorable Edward M. Chen, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jorge Segura-Hernandez.

//

//

//

WRIT AD PROSEQUENDUM
CR 06-0704 MHP

Segura-Hernandez is required as the defendant in this matter before this Court. His place of custody and jailor are set forth in the following writ.

DATED: November 28, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
BLAKE D. STAMM
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 28, 2006

_____
THE HON. EDWARD M. CHEN
United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 06-0704 MHP                                    2

|     |     |
| --- | --- |
| 1   | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2   | To Kelly McGowan, Supervising Deputy United States Marshal for the Northern |
| 3   | District of California; any of her authorized deputies; and Jailor or Warden of Marin |
| 4   | County Jail, 13 Peter Behr Drive, San Rafael, California 14905: |
| 5   | GREETINGS |
| 6   | The prisoner Jorge Segura Hernandez (DOB 9/30/1978; SSN 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; FBI # |
| 7   | 945615 DBO; Marin County Jail # P-144231), is now in custody in the above-referenced |
| 8   | |
| 9   | institution. He is required to appear on criminal charges now pending against him in the |
| 10  | United States District Court for the Northern District of California, 450 Golden Gate |
| 11  | Avenue, San Francisco, California 94102. Accordingly, |
| 12  | |
| 13  | WE COMMAND that you produce the prisoner in this Court forthwith. You shall |
| 14  | produce the prisoner at all times necessary until the termination of the proceedings in this |
| 15  | Court. Immediately thereafter, you shall return the prisoner to the above-referenced |
| 16  | |
| 17  | institution, or abide by whatever further order the Court may make concerning his |
| 18  | custody. |
| 19  | WE FURTHER COMMAND that if the prisoner is to be released from custody in |
| 20  | |
| 21  | the above-referenced institution, he be IMMEDIATELY delivered to the United States |
| 22  | Marshal or any of his authorized deputies under this writ. |
| 23  | WITNESS the Honorable Edward M. Chen, United States Magistrate |
| 24  | |
| 25  | Judge of the United States District Court for the Northern District of California. |
| 26  | // |
| 27  | // |
| 28  | |

WRIT AD PROSEQUENDUM
CR 06-0704 MHP

1  Dated: November 30, 2006                CLERK
2                                          UNITED STATES DISTRICT COURT
3                                          NORTHERN DISTRICT OF CALIFORNIA

4                                          _____
                                           DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 06-0704 MHP                             4